FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2016 JUL 19 PM 5: 04

CLERK
DIST. OF GA.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )    CASE NO. CR413-067
)
ADAN PLATAS LARIOS )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _____, 2016.

**LISA GODBEY WOOD, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**